

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-09-00048-CV
_____


IN THE INTEREST OF T.B.C. AND C.T.R., JR., MINOR CHILDREN


On Appeal from the 307th Judicial District Court
Gregg County, Texas
Trial Court No. 2008-960-DR


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Jane[1] filed her notice of appeal May 7, 2009, from the trial court's order terminating her parental rights to T.B.C. and C.T.R., Jr.

Jane's counsel filed a motion to withdraw. We abated this case to the trial court to conduct a hearing to determine whether counsel should be allowed to withdraw and to determine whether Jane desired to proceed with her appeal. Although given notice of the hearing, Jane did not appear. After that hearing, the trial court granted counsel's motion. Jane is therefore representing herself in this appeal.

The clerk's and reporter's records were due to be filed on or before June 26, 2009. Appellant is not indigent, and is thus responsible for paying or making adequate arrangements to pay the clerk's and reporter's fees for preparing the records. *See* TEX. R. APP. P. 37.3.

On July 28, 2009, we contacted Jane by letter, reminding her that the records were past due, and warning that, if we did not receive an adequate response within ten days, we would dismiss the appeal for want of prosecution pursuant to Rule 42.3(b) and (c) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3(b), (c).

As of the date of this opinion, we have received no response. The records are now over seventy days past due.

---

[1]To protect the identity of the children who are the subject of this suit, we shall refer hereinafter to Appellant as Appellant or by the pseudonym "Jane." *See* TEX. FAM. CODE ANN. § 109.002(d) (Vernon 2008).

We dismiss the appeal for want of prosecution.


                                             Jack Carter
                                             Justice

Date Submitted:      September 8, 2009
Date Decided:        September 9, 2009